HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ANTHONY CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00330 LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER |
| vs. | |
| ANTHONY CHACON, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

Mr. Chacon was granted pretrial release on November 25, 2015 by the Honorable Barbara A. McAuliffe, United States Magistrate Judge. The parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, and Assistant Federal Defender, Janet Bateman, hereby stipulate and agree that the conditions of release may be modified as follows:

Mr. Chacon be allowed to travel to John's Incredible Pizza located at 7089 N. Cedar Avenue, Fresno California 93720 to prepare and attend his son's 3rd birthday party on Sunday, August 21, 2016 from 1:00 p.m. to 5:30 p.m. Pre-Trial Services and the government have no objections.

All other conditions of release shall remain in full force.

///

///

///

///

                                      Respectfully submitted,
                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  August 17, 2016            */s/ Kimberly A. Sanchez*
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender


Dated:  August 17, 2016            */s/ Janet Bateman*
                                      JANET BATEMAN
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      ANTHONY CHACON


## **O R D E R**

**IT IS SO ORDERED THAT** Mr. Anthony Chacon be allowed to travel to John's Incredible Pizza located at 7089 N. Cedar Avenue, Fresno California 93720 to prepare and attend his son's 3rd birthday party on Sunday, August 21, 2016 from 1:00 p.m. to 5:30 p.m.  All other conditions of release shall remain in full force.

IT IS SO ORDERED.

Dated:   **August 17, 2016**                    /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE