1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIN SNIDER, Bar #304781
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Counsel for Defendant
    ANTHONY CHACON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  1:15-cr-00330 LJO-SKO
                                      )
12                 *Plaintiff,*        )   STIPULATION TO CONTINUE CHANGE OF
                                      )   PLEA; ORDER
13         vs.                        )
                                      )
14   ANTHONY CHACON,                  )   DATE:  November 14, 2016
                                      )   TIME:    8:30 a.m.
15                 *Defendant.*        )   JUDGE: Hon. Lawrence J. O'Neill
                                      )
16   _____

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18   respective counsel that the change of plea hearing currently scheduled for September 26, 2016, **be**

19   **continued to November 14, 2016 at 8:30 a.m. with Hon. Lawrence J. O'Neill, Chief.**

20         This stipulation is necessary to allow newly assigned defense counsel, who is also

21   preparing for a late-October trial in *United States v. Galloway*, Case Number 1:14-cr-00114

22   DAD-BAM, adequate time to become familiar with the facts of the case.

23         The parties agree that any delay resulting from this request shall be excluded in the

24   interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D),

25   3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

26   //

27   //

28   //

Respectfully submitted,
PHILLIP A. TALBERT
Acting United States Attorney

Dated:  September 20, 2016

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  September 20, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorneys for Defendant
ANTHONY CHACON


**O R D E R**

The change of plea hearing currently scheduled for September 26, 2016 is continued to November 14, 2016 at 8:30 a.m.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 21, 2016**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE

Chacon:  Stipulation to Continue Change of Plea          2