HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTHONY CHARLES CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00330-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | |
| ANTHONY CHARLES CHACON, | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kim Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Anthony Charles Chacon, that the conditions of Mr. Chacon's pretrial release be modified.  Specifically, the parties agree that the following language from Special Condition (7)(a) of the Additional Conditions of Release should be removed:

(a)   . . . **HOME DETENTION:**  You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;

The parties request that the following language be added in its place:

(a)   . . . **CURFEW:**  You shall remain inside your residence between the hours of 9:00 p.m. and 6:00 a.m., unless otherwise approved by Pretrial Services;

Mr. Chacon has been on pretrial release since December 1, 2015.  After successfully completing WestCare, he was released to his mother's residence.  Mr. Chacon recently enrolled in an adult school to study for his GED.  The parties believe that the proposed modification is appropriate given Ms. Chacon's progress on pretrial release.  Mr. Chacon's Pretrial Services Officer, Dan Stark, is in agreement with the requested change.  The parties agree that all other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 6, 2016       */s/ Kim Sanchez*
KIM SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 6, 2016       */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANTHONY CHARLES CHACON

## **O R D E R**

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED**.

IT IS SO ORDERED.

Dated: **October 6, 2016**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE