HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTHONY CHARLES CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES CHACON,<br><br>Defendant. | Case No.  1:15-cr-00330-LJO-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kim Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Anthony Charles Chacon, that the conditions of Mr. Chacon's pretrial release be modified.  Specifically, the parties agree that Special Condition (7)(a) of the Additional Conditions of Release, as modified on October 6, 2016, should be removed.  Special Condition (7)(a) directs Mr. Chacon to participate in the Location Monitoring program and, as modified on October 6, 2016, instructs Mr. Chacon to remain in his residence between 9:00 p.m. and 6:00 a.m., unless otherwise approved by Pretrial Services.

The parties believe that the proposed modification is appropriate given Mr. Chacon's progress on pretrial release.  Mr. Chacon has completed WestCare and Moral Reconation Therapy and recently graduated from the Better Choices Court Program.  He has been steadily

employed since early November.  Mr. Chacon's Pretrial Services Officer, Dan Stark, is in agreement with the requested change.  The parties agree that all other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  February 6, 2017            /s/ Kim Sanchez
KIM SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  February 6, 2017            /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANTHONY CHARLES CHACON

# **O R D E R**

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED**.

IT IS SO ORDERED.

Dated:  **February 7, 2017**            /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE