# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

ANTHONY CHARLES CHACON,

              Defendant.

No.  1:15-CR-330 NONE SKO

**DETENTION ORDER**
(Violation of Probation)

        The defendant having been arrested for alleged violation(s) of the terms and conditions of probation; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

    [ x ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

    [ X ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

        This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

  Dated:   __June 25, 2021__          ____/s/ Barbara A. McAuliffe____
                                          UNITED STATES MAGISTRATE JUDGE